IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00104-LTB-MEH

TONI NUANES,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed May 10, 2011; docket #17] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.